```
           UNITED STATES DISTRICT COURT
               DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    .    Case No. 1:06-CR-00334
                             .    (HHK)
              Plaintiff,     .
                             .    Washington, D.C.
       v.                    .    June 24, 2009
                             .
HAJI BAGCHO,                 .
                             .
              Defendant.     .
. . . . . . . . . . . . . . .

         RETURN ON BENCH WARRANT/ARRAIGNMENT
        BEFORE THE HONORABLE JOHN M. FACCIOLA
            UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:    U.S. Attorney's Office
                      By:  MATTHEW STIGLITZ, AUSA
                      555 Fourth Street, N.W.
                      Washington, DC 20530

For the Defendant:    Federal Public Defender
                      By:  SHAWN MOORE, ESQ.
                      625 Indiana Avenue, NW
                      Suite 550
                      Washington, DC 20004

Interpreter:          M. NAIM SAIDI

Transcribed by:       MS. BERNADETTE JANKAUSKAS
```

BOWLES REPORTING SERVICE
P.O. BOX 607
GALES FERRY, CONNECTICUT 06335 - (860) 464-1083

1    (Proceedings commenced at 2:14 p.m.)
2            THE CLERK:  (Inaudible.)
3            MR. STIGLITZ:  Yes.  Your Honor, good
4    afternoon.
5            THE COURT:  Yes, good afternoon.
6            MR. STIGLITZ:  The matter (inaudible) sealed
7    matter before the Court, which is Case Number 06-334.
8            At this time we would move to unseal the
9    Indictment.
10           THE COURT:  The motion is granted.  The
11   matter is unsealed.
12           You may recall the case using its full name.
13           THE CLERK:  Okay, give me just a minute.
14       (Pause.)
15           THE CLERK:  Oh, I didn't see you sitting over
16   there (inaudible) Mr. Haji Bagcho.
17       (Pause.)
18           THE CLERK:  (Inaudible.)
19           Okay.  This is 06-334, <u>United States v. Haji</u>
20   <u>Bagcho</u>.
21           Representing the Government is Matthew
22   Stiglitz.
23           Representing the Defendant is Shawn Moore.
24           Pretrial Officer is Tammy Everett.
25           The interpreter, M. Naim Saidi.

1           This is an arraignment and a return on a
2    bench warrant.
3           Will the interpreter stand to be sworn.
4        (The Interpreter is Sworn.)
5           THE CLERK:  Will the Defendant please stand
6    to be sworn.
7        (The Defendant is Sworn.)
8           THE COURT:  What is your name, sir?
9           THE DEFENDANT:  Haji Bagcho.
10          THE COURT:  Thank you.
11          Sir, you are charged by an Indictment in this
12   United States court in engaging in a conspiracy.  That
13   is an agreement to bring a very large quantity of
14   heroin into the United States.
15          In reference to these charges, sir, you are
16   first of all entitled to an attorney.  Since you have
17   been recently extradited from another country and
18   probably have not had time to make whatever
19   arrangements you see fit for a lawyer, I am going to
20   appoint the Federal Public Defender lawyer to represent
21   you.
22          I'm sure he will explain to you, as I will,
23   that you have the right to hire a lawyer of your own
24   choosing if you want to.  If, however, you don't have
25   enough money to hire a lawyer, one will be appointed

```
 1  for you to represent you free of charge.
 2          All right.
 3          Before you say that to the Court, Mr.
 4  Interpreter, say it to Mr. Moore.
 5          Mr. Moore, please go over there.
 6      (Pause.)
 7          MR. MOORE:  He's going to try to get in touch
 8  with his family to see whether they can help him retain
 9  an attorney.
10          THE COURT:  Thank you, Mr. Moore.
11          The important thing to bear in mind, sir, is
12  you will never be forced to appear in American court
13  without a lawyer because you can't afford one.
14          Sir, you're entitled to a speedy public jury
15  trial in this matter, at which the Government will have
16  to establish your guilt beyond a reasonable doubt.  It
17  will have to call the witnesses against you into open
18  court, where they'll have to give their testimony in
19  your presence, and you cannot be forced, under American
20  law, to be a witness against yourself.
21          Please be seated.
22          Mr. Moore, how does the Defendant plead?
23          MR. MOORE:  Your Honor, on behalf of Mr.
24  Bagcho, we'll waive further formal reading of the
25  Indictment, enter pleas of not guilty to all the
```

1   counts, reserve his right to a speedy trial, and in
2   light of the -- again, in light of the reversal of
3   Michigan v. Jackson, affirmatively assert his Fifth and
4   Sixth amendment rights, meaning that the Government --
5   we're putting the Government on notice that they are
6   not to talk to him without Counsel present, or talk to
7   him in general.
8           And as I said before, we're pleading not
9   guilty.
10          One or two more points, once -- I will have
11  to make in a second.
12          THE COURT:  All right.
13          This matter is set for a status conference
14  before Judge Kennedy.  He has offered Counsel either of
15  two dates: The 29th of June at 4:45, or the 6th of July
16  at the same time.
17          MR. MOORE:  Either one of those is fine with
18  the Defense, Your Honor.  Whatever's convenient to the
19  Government.
20          THE COURT:  Counsel?
21          MR. STIGLITZ:  Court's indulgence for a
22  moment, Your Honor.
23      (Pause.)
24          MR. STIGLITZ:  July 6th is available.  I
25  think that would be (inaudible).

1    THE COURT:  All right.  The matter will be
2 set down before Judge Kennedy for July 6th at 4:45 p.m.
3    Now, Mr. Moore, I'll permit you to be heard,
4 but let me hear from the Government.
5    Are there any applications with reference to
6 the Defendant's conditions of release or detention?
7    MR. STIGLITZ:  Your Honor, at this time we'll
8 be seeking the Defendant's detention.  (Inaudible)
9 setting forth (inaudible).
10    THE COURT:  May I examine the motion?
11   (Pause.)
12    THE COURT:  All right.
13    The Government seeks the Defendant's
14 detention on the grounds of the nature of the crime
15 against him; that is, an offense under the Controlled
16 Substances Act, which is punishable by more than ten
17 years imprisonment.
18    Additionally, the Government brings to my
19 attention that the Defendant was extradited here from
20 Afghanistan, and I take it then, he is not a lawful
21 citizen of the United States.
22    MR. STIGLITZ:  That's correct.
23    THE COURT:  All right.  All right.
24    I'm going to grant the Government's
25 application on the grounds of the nature of the

1   charges, and take under advisement, any other
2   contention.
3           Have Counsel agreed upon a date for a
4   preliminary hearing -- for a detention hearing?
5           MR. MOORE:  I believe we would request this
6   coming Monday, the 29th, Your Honor.
7           THE COURT:  That's acceptable, the 29th at
8   9:30 a.m.
9           Mr. Moore, you wish to be heard on some other
10  matters?
11          MR. MOORE:  Yes, Your Honor.
12          Since he's an Afghani citizen, we would
13  request that the appropriate embassy or consular
14  officials --
15          THE COURT:  I shall advise the Defendant of
16  his rights in a moment.
17          MR. MOORE:  -- be notified.
18          I am also -- As soon as I get him to sign it,
19  we are putting a medical alert in the jacket, heart.  I
20  don't know all the specifics, but it appears to be
21  heart medication, heart problem.
22          THE COURT:  All right.
23          Then the commitment will note immediate
24  medical attention for heart problems.
25          MR. MOORE:  May I get him to sign, Your

```
 1  Honor?
 2          THE COURT:  Certainly.
 3     (Pause.)
 4          MR. MOORE:  Thank you, Your Honor.
 5          THE COURT:  Thank you, Mr. Moore.
 6          Yes, Counsel, Mr. -- would you ask the
 7  Defendant to rise?
 8          Sir, it's been represented to me that you are
 9  a citizen of Afghanistan.  I wish to advise you, sir --
10          THE DEFENDANT:  Yes.
11          THE COURT:  I wish to advise you, sir, that
12  you have the right to ask that the embassy of
13  Afghanistan be advised of your detention so that
14  country can, if it sees fit, take whatever steps it
15  deems appropriate to aid you.
16          If you wish the embassy to be notified of
17  your presence and your detention, you should so advise
18  Mr. Moore, and he, in turn, will advise the Assistant
19  United States Attorney.
20          THE DEFENDANT:  Yes, I want to notify them.
21          THE COURT:  All right.  So be it.
22          Counsel?
23          MR. STIGLITZ:  Let me just put on the record,
24  Your Honor, this morning at 9:15, I actually called the
25  Afghan embassy.  I spoke to a Ms. Abreem Kel (phonetic)
```

1  in the consular section, and advised her of the arrest
2  and court appearance today, of Mr. Bagcho.
3          THE COURT:  Thank you very much, Counsel, but
4  that is not in derogation of any right the Defendant
5  wishes to assert to notify them himself, or have them
6  notified.
7          MR. STIGLITZ:  Yes, Your Honor.
8          THE COURT:  Thank you.
9          The matter is continued for a detention
10 hearing before me until Monday morning and 9:30 a.m.
11         Thank you, Mr. Interpreter.
12         Thank you.
13      (Proceedings concluded at 2:25 p.m.)

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


/s/_____          January 16, 2011
STEPHEN C. BOWLES